UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  CHE J CAMMACK

CASE NO. 06 B 10363

CHAPTER 13

JUDGE: JOHN H SQUIRES

    Debtor  
SSN XXX-XX-3834

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/23/06 and confirmed on 12/22/06.

2. The case was dismissed after confirmation, 08/03/2007.

3. The Debtor paid a total of $ 2159.84 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| FNB MARENGO | UNSECURED | 3206.88 | .00 | .00 |
| HEALTHCARE ASSOC CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FINER FOODS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| FNB MARENGO | UNSECURED | 3724.48 | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 6931.36 | .00 | 6931.36 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, BROOKINS & WILSON            , was allowed $ 3000.00 and was paid $ 2051.85 .

The Trustee received $    107.99 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/15/07                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE